## Benjamin B. Morris, Appellant, v. Columbia Apartments Corporation et al., Appellees.

### Gen. No. 42,593.

opinion filed May 29, 1944; rehearing denied June 12, 1944.  David I. Spark, for appellant; Decker & Golden, for certain appellees; Lawrence A. Jacobson, for certain other appellees; Louis Hershman, of counsel.  Opinion by PRESIDING JUSTICE O'CONNOR.  Not to be published in full.